IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAMEBOOK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:10-cv-00833 SS |
| FACEBOOK, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF STIPULATION TO EXTEND TIME TO ANSWER

Plaintiff Lamebook, LLC ("Lamebook") and Defendant Facebook, Inc., ("Facebook") hereby stipulate to extend the time that Facebook has to answer or otherwise respond to Lamebook's Complaint for Declaratory Judgment until December 22, 2010.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  November 29, 2010

Respectfully submitted,

 /s/Conor M. Civins
Conor M. Civins
State Bar No. 24040693
Conor.civins@bgllp.com
Edward A. Cavazos
State Bar No. 00787223
Ed.cavazos@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, TX  78701
(512) 472-7800
(800) 404-3970 fax

OF COUNSEL:

Mark A. Lemley
mlemley@durietangri.com
Joseph C. Gratz
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:      415-236-6300

**Attorneys for Plaintiff,
Lamebook, LLC**


 /s/Lori R. Mason
Michael G. Rhodes
Anne H. Peck
Lori R. Mason
Gavin L. Charlston
Jeffrey T. Norberg
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000
(415) 693-7400 fax

**Attorneys for Defendant,
Facebook, Inc.**