

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

November 30, 2010

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

Anne H. Peck
Cooley, LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800

FILED
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

RE:   *Lamebook, LLC v. Facebook, Inc.*
      1:10-cv-833-SS

Dear Counselor;

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Katherine Wallace*

Katherine Wallace, Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

November 30, 2010

**Gavin L. Charlston**
Cooley, LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800

RE:   *Lamebook, LLC v. Facebook, Inc.*
      1:10-cv-833-SS

Dear Counselor;

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf  The motion must contain an original signature by the attorney seeking to be admitted pro hac vice.  Pro hac vice motions signed by one attorney for another attorney *will not* be granted.  If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2)  (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration.  The *E-Filing and E-Noticing Registration Form* is available on our website and  you can download a copy of the form directly to your computer.  Please note that this is a rather large file, so it may take several minutes to download.

For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov.*

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Katherine Wallace*

Katherine Wallace, Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

November 30, 2010

Jeffrey T. Norberg
Cooley, LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

RE:  *Lamebook, LLC v. Facebook, Inc.*
1:10-cv-833-SS

Dear Counselor;

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf  The motion must contain an original signature by the attorney seeking to be admitted pro hac vice.  Pro hac vice motions signed by one attorney for another attorney *will not* be granted.  If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2)  (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer.  Please note that this is a rather large file, so it may take several minutes to download.

For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov.*

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Katherine Wallace*

Katherine Wallace, Deputy Clerk



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

November 30, 2010

Michael G. Rhodes
Cooley, LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

RE:   *Lamebook, LLC v. Facebook, Inc.*
      1:10-cv-833-SS

Dear Counselor;

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.** You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf  The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration. The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website at *www.txwd.uscourts.gov.*

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Katherine Wallace*

Katherine Wallace, Deputy Clerk